IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIDHAT BILAL HARRIS<br>Plaintiff, | § § § § § § § § | |
| v. | | CIVIL ACTION NO. 4:18-cv-4798 |
| BANK OF AMERICA<br>Defendant. | | |

## ORDER

Upon motion of the Defendant, Bank of America, N.A ("Defendant"), and for good cause shown, an extension of time for Defendant to file an answer or otherwise respond to Plaintiff's Original Petition and Notice of Automatic Stay of Foreclosure is granted up to and including March 29, 2019.

**SO ORDERED.**

Signed on March 14, 2019 _____
United States District Judge